24630. PERRY v. HARRISON, administrator.

BROYLES, C. J. 1. The two excerpts from the charge, complained of in the motion for a new trial, were authorized by the evidence adduced, and were not erroneous for any reason assigned.

2. The verdict was amply authorized by the evidence, and the refusal to grant a new trial was not error.

Judgment affirmed. MacIntyre and Guerry, JJ., concur.

DECIDED MAY 25, 1935.

Guy Thurmond, Joe Quillian, for plaintiff in error.
G. Fred Kelley, Marvin A. Allison, contra.

24818. PHILLIPS v. THE STATE.

BROYLES, C. J. The defendant was convicted of a misdemeanor (possessing whisky), and the jury were authorized to find from the conflicting evidence that at the time charged in the accusation he was near the scene of the offense and actively aiding and abetting another in the commission of the crime charged. It follows that his conviction was supported by the evidence. The special grounds of the motion for a new trial, complaining of alleged errors of commission and omission in the charge of the court, show no cause for a reversal of the judgment.

Judgment affirmed. MacIntyre and Guerry, JJ., concur.

DECIDED MAY 25, 1935.

Clarence E. Adams, for plaintiff in error.
R. Howard Gordon, solicitor, contra.